**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**BEAUMONT DIVISION**

| | | |
|---|---|---|
| **ROBERT HUGH SCOTT,** § | | |
| *Plaintiff,* § | | |
| § | | |
| v. § | | **CIVIL ACTION NO. 1:11-CV-14** |
| § | | |
| **MICHAEL ASTRUE,** § | | |
| Commissioner of Social Security, § | | |
| *Defendant.* § | | |

**MEMORANDUM OPINION ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

The Court heretofore ordered that this matter be referred to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration pursuant to applicable law and orders of this Court.  The Court has received and considered the Report of the United States Magistrate Judge pursuant to such order, along with the record and pleadings.

The court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct and the Report of the United States Magistrate Judge is **ADOPTED.** A Final Judgment will be entered separately, remanding this action to the Commissioner for rehearing under the fourth sentence of 42 U.S.C. § 405(g).

So **ORDERED** and **SIGNED** this **31** day of **August, 2012.**

_____
Ron Clark, United States District Judge